CARL H. SCHULTZ, a Corporation, Respondent, *v.* MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.

*Schultz* v. *Massachusetts Bonding & Ins. Co.*, 164 App. Div. 948, affirmed.

(Argued March 30, 1917; decided April 17, 1917.)

APPEAL from a judgment entered October 30, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of plaintiff upon the verdict directed by the trial court in an action on a bond of fidelity insurance. Attached to the bond was a schedule of the bonded employees, including a bookkeeper, who was bonded for $2,500. The bond provided that upon notice in writing and acknowledgment thereof the employer should have the right to substitute and add employees. Thereafter the bookkeeper left the employ of the plaintiff and one Sheperd was employed in his place, and pursuant to directions from the plaintiff a representative of its insurance brokers went to the office of the defendant to effect the substitution of Sheperd for the former bookkeeper under the bond and to add other employees, and there presented an application of Sheperd

and an employer's statement which were received and indorsed by an employee of defendant. Sheperd thereafter stole from plaintiff the proceeds of a check which he had been instructed to cash.

*John R. Halsey* for appellant.

*Carlisle J. Gleason* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.